# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of            Case Number: 11-cv-842

JEANNA SIMS and RICHARD MCMANUS, Plaintiffs
v.
BEAM GLOBAL SPIRITS & WINE, INC., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BEAM GLOBAL SPIRITS & WINE, INC.

| |
|---|
| NAME (Type or print)<br> Christopher T. Sheean |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Christopher T. Sheean |
| FIRM<br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS<br> 330 N. Wabash Ave., Suite 3300 |
| CITY/STATE/ZIP<br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210018 | TELEPHONE NUMBER<br>312-222-8559 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐