**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　Case Number: 11-cv-06403

JEANNA SIMS and RICHARD MCMANUS, Plaintiffs,
v.
BEAM GLOBAL SPIRITS & WINE, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BEAM GLOBAL SPIRITS & WINE, INC.

| |
|---|
| NAME (Type or print) <br> Christopher T. Sheean |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher T. Sheean |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 N. Wabash Ave., Suite 3300 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210018 | TELEPHONE NUMBER <br> 312-222-8559 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐