# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **11 C 6403** | **DATE** | 11/14/2011 |
| **CASE TITLES** | Jeanne Sims, et al   v   Beam Global Spirits & Wine, Inc. | | |

**DOCKET ENTRY TEXT:**

Motion [4] of Peter H. Burke for leave to appear pro hac vice is granted.
Motion [5] of Micah S. Adkins for leave to appear pro hac vice is granted.
Motion [6] of W. Todd Harvey for leave to appear pro hac vice is granted.
Motion [10] of defendant for extension of time to 11/30/2011 to answer or otherwise plead is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|