IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JEANNA SIMS and RICHARD MCMANUS,

        Plaintiffs,

vs.

BEAM GLOBAL SPIRITS & WINE, INC.

        Defendant.

Case No. 1:11-cv-06403

Judge Robert W. Gettleman

Magistrate Judge Morton Denlow

## DEFENDANT BEAM GLOBAL
## SPIRITS & WINE LLC'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., hereby states that Beam Global is a wholly owned subsidiary of Beam Inc. No publicly held corporation owns more than 10% of Beam Inc's stock.

Dated:   November 7, 2011

                          Respectfully Submitted,

                By:   /s/ Christopher T. Sheean
                          One of the attorneys for the Defendant
                          Beam Global Spirits & Wine LLC

Christopher T. Sheean ARDC#6210018
Richard J. Keating ARDC# 6229550
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 FAX
csheean@smbtrials.com