**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JEANNA SIMS and RICHARD MCMANUS,

                    Plaintiff[s],

     vs.

BEAM GLOBAL SPIRITS & WINE, INC.,

                   Defendant.

Case No.  1:11-cv-06403

Judge Robert W. Gettleman

Magistrate Judge Morton Denlow

**AGREED STIPULATION OF DISMISSAL**

       Plaintiffs Jeanna Sims and Richard McManus and Defendant Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., hereby agree and stipulate as follows:

       1.      The Parties jointly agree to the dismissal of this action and request the dismissal of Plaintiffs' claims without prejudice.

       2.      The Parties agree to a dismissal without prejudice of the named plaintiffs and any putative class members.

       3.      The Parties agree that each party shall bear its own costs and attorneys' fees.

Respectfully Submitted,

By:   s/ Peter H. Burke         
One of the attorneys for Plaintiffs

By:   /s/ Christopher T. Sheean        
One of the attorneys for the Defendant
Beam Global Spirits & Wine LLC.

Christopher T. Sheean (ARDC# 6210018)
Richard J. Keating (ARDC# 6229550)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 FAX
csheean@smbtrials.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, a copy of the foregoing **AGREED STIPULATION OF DISMISSAL** was filed electronically.  Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF system.


By: /s/ Christopher T. Sheean
     One of the Attorneys for Defendant Beam
     Global Spirits & Wine, Inc.


Christopher T. Sheean, ARDC #6210018
Swanson, Martin & Bell LLP
330 North Wabash Avenue
Suite 3300
Chicago, Illinois  60611
(312) 321-9100