**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Jeanne Sims, et al.
                              Plaintiff,

v.                                           Case No.: 1:11−cv−06403
                                                Honorable Robert W. Gettleman

Beam Global Spirits & Wine, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 22, 2012:

        MINUTE entry before Honorable Robert W. Gettleman: On stipulation, this cause is dismissed without prejudice, with each side to bard its own costs. Status hearing date of 6/27/2012 is stricken. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.